**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : | No. 120 EM 2018 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| CHRISTOPHER GOODWIN, | : | |
| | : | |
| Petitioner | : | |

**ORDER**

**PER CURIAM**

**AND NOW**, this 8th day of January, 2019, the "Application to Seek Leave to Supplement the Record," to the extent it seeks leave to amend the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc*, is GRANTED. The Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.